*In the matter of the petition of Cady Knapp, in behalf of Peter, a colored man.* Application to compel George Curtis to pay the costs, expenses, and damages which have been incurred in the proceedings upon a commission of lunacy issued upon his petition. Application decided to be informal; as it should have been made by the lunatic himself, instead of by a third person in his behalf; he being alledged to be competent to understand and manage his affairs and property.

Petition denied, but without costs.